## Erie Trust Company's Case (No. 2).

Argued March 22, 1937.   Before KEPHART, C. J., SCHAFFER, DREW, LINN, STERN and BARNES, JJ.

*Edward M. Murphy,* City Solicitor, for appellant.

*John B. Brooks,* with him *Alban W. Curtze, Gerald F. Flood,* Special Deputy Attorney General, and *Charles J. Margiotti,* Attorney General, for appellee.

PER CURIAM, April 19, 1937:

Affirmed on the opinion of Mr. Justice LINN in the *United Security Trust Company Case,* 321 Pa. 276, costs to be paid by appellant.